**Order entered April 8, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01135-CR**

**CORNELIUS ASHLEY PALMER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-14053-V**

**ORDER**

Before the Court is appellant's April 6, 2020 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before April 21, 2020.

/s/   CORY L. CARLYLE
      JUSTICE